UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS GREEN,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 17-cv-00607-MEJ

**ORDER SCREENING COMPLAINT**

On February 6, 2017, Plaintiff Morris Green filed a Complaint and an Application to Proceed In Forma Pauperis. Compl., Dkt. No. 1; Appl., Dkt. No. 3. The Court granted the Application to Proceed In Forma Pauperis, and explained it would determine issuance of summons and service separately. *See* Dkt. No. 5. The Court does so now.

A federal court must engage in a preliminary screening of any complaint filed by a plaintiff proceeding in forma pauperis to ensure the complaint is not frivolous, states a claim, and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Pro se pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). The Complaint for employment discrimination describes facts supporting Plaintiff's federal claims for race discrimination under Title VII of the Civil Rights Act of 1964 and disability discrimination under the Americans with Disabilities Act of 1990. *See* Compl. Plaintiff attaches to the Complaint a Right to Sue Notice from the Equal Employment Opportunity Commission. Upon review of Plaintiff's allegations, the Court finds that, liberally construed, Plaintiff has stated a claim that is not frivolous, states a federal claim, and does not seek relief against an immune defendant.

The Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District

of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this order upon Defendant(s).

Also attached is a letter providing guidance to additional resources the Court provides pro se litigants.

**IT IS SO ORDERED.**

Dated: February 23, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

SUSAN Y. SOONG
CLERK OF COURT

GENERAL COURT NUMBER
415-522-2000

To:   Pro Se Litigant
Re:   Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The Court has free resources to help you find your way through the court system and procedures. You may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Susan Y. Soong*

Susan Y. Soong
Clerk, United States District Court