1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS GREEN,

          Plaintiff,

   v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

          Defendants.

Case No. 17-cv-00607-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 111

Plaintiff Morris Green and Defendant City and County of San Francisco have filed four

joint discovery letter briefs. ECF No. 111. The Court sets oral argument for September 5, 2019 at

10:00 a.m. in Courtroom A on the 15th floor for the letter briefs concerning Special Interrogatory

No. 19, Requests for Production Nos. 38 & 39, and Special Interrogatory No. 22.

The Court **GRANTS** Green's motion to compel with respect to Request for Admission No.

27 and **ORDERS** the City to respond within 30 days. Whether or not Cruz applied for the exact

same position that Green did is immaterial because it appears that she applied for and got a

comparable position. That is enough to make her experience and qualifications relevant.

The Court **GRANTS** Green's motion to compel with respect to Requests for Production

Nos. 31 and 32 and **ORDERS** the City to produce responsive documents within 30 days. These

documents are directly relevant to Green's claim of discrimination. The City asserts that Green

lacks the requisite experience for this job, but these documents will allow Green to test that

assertion. The City is correct that these RFPs implicate privacy interests, but that concern can be

mitigated by the entry of a protective order. This District has model protective orders that parties

can use. *See* https://cand.uscourts.gov/model-protective-orders. The Court **ORDERS** the parties

to submit a stipulated proposed protective order within 15 days to address the City's privacy

concern.  Finally, the City's argument that allowing this discovery will open the door to similar discovery for the several dozen other positions Green applied for does not make sense because fact discovery closed on August 22, 2019, and yesterday was the last day to move to compel.

**IT IS SO ORDERED.**

Dated: August 30, 2019

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California