# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 17-cv-00607-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 111 |

Following oral argument this morning, the Court **ORDERS** as follows:

1. In response to interrogatory 19, the City shall identify individuals who were medically separated from their employment with the SFPUC Wastewater Enterprise from 2009 to the present.

2. In response to RFP 38, the City shall produce documents sufficient to show the race of individuals employed by SFPUC.

3. In response to RFP 39, the City shall produce documents sufficient to show the racial distribution of SFPUC employees.

4. In response to interrogatory 22, the City shall state the percentage of African Americans and Native Americans by job classification within SFPUC.

**IT IS SO ORDERED.**

Dated: September 12, 2019

THOMAS S. HIXSON
United States Magistrate Judge