UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS GREEN,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case No. 17-cv-00607-TSH<br><br>**ORDER RE PLAINTIFF'S LETTER**<br><br>Re: Dkt. No. 143 |

The Court is in receipt of Plaintiff's letter regarding issues he experienced in uploading his opposition documents in ECF. ECF No. 143. As requested, the Court provides the contact information for the ECF Help Desk below. Given this delay, the Court extends briefing deadlines as follows: Plaintiff's opposition to Defendants' summary judgment motion is due February 11, 2021, Defendants' reply is due February 25, 2021, and the hearing is continued to March 18, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

## The ECF Help Desk

Information available at: https://cand.uscourts.gov/cases-e-filing/cm-ecf/support-and-troubleshooting/the-ecf-helpdesk/

   Hours: Monday – Friday 9:00 a.m.-4:00 p.m.

   Email: ECFhelpdesk@cand.uscourts.gov (The best way to obtain support is via email. If there is a case number, please include it with the Judge's initials in the subject line.)

   Telephone: (866) 638-7829

   You may call during support hours or, to schedule phone support to fit your schedule, send

an email requesting a call back at a specific time.

**IT IS SO ORDERED.**

Dated: February 5, 2021

THOMAS S. HIXSON
United States Magistrate Judge